DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ISAAC B. GRAY,**
Appellant,

v.

**WARDEN WILLIAM HAMILTON,**
Appellee.

No. 4D19-2225

[December 5, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe, Judge; L.T. Case No. 50-2018-CA-013939-XXXX-MB.

Isaac B. Gray, South Bay, pro se.

Rana Wallace, General Counsel, Tallahassee, for Florida Commission on Offender Review.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***